# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

**ELECTRONICALLY FILED**
April 2, 2008

Philip Carroll
129 Airdale Road
Rosemont, PA 19010

Christopher James Norman, Esquire
Norman Kingsbery and Norman
30 Jackson Commons Suite A-2
30 Jackson Road
Medford, NJ 08055

    Re: **Carroll v. Township of Mount Laurel, et al.**
        **Civil No. 06-5515 (NLH)**

Dear Counsel:

    The Final Pretrial Conference scheduled on April 15, 2008 at 2:00 p.m. [Doc. No. 20] is postponed. The Conference will be rescheduled, if necessary, after the outstanding motion for summary judgment is decided.

        Very truly yours,

        *s/ Joel Schneider*

        JOEL SCHNEIDER
        United States Magistrate Judge

JS:jk
cc: Hon. Noel L. Hillman